IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAVANNA SPENCER and JAMES HERMAN,** | : : : : | |
| Plaintiffs, | : : | **CIVIL ACTION** |
| v. | : : | **NO. 13-7381** |
| **PA. DEPT. OF CORRECTION et al,** | : : : | |
| Defendants. | : : : | |

**ORDER**

     **AND NOW**, this ___ day of August, 2014, upon consideration of Defendants Michael Wenerowicz, George Ondrejka (misnamed "Andraka" in the Complaint), Jay Lane, Gary Olinger, Jaime Luquis (misnamed "Laquis" in the Complaint), Wendy Shaylor, and Joseph Korszniak's (misnamed "Kusiak" in the Complaint) Motion to Dismiss (Doc. 28), Plaintiffs' Response in Opposition thereto (Doc. 36), Defendants "Psychiatrist Dr. Martinez" and Mental Health Management, Inc.'s Motion to Dismiss (Doc. 35), and Plaintiffs' Response in Opposition thereto (Doc. 37), **IT IS HEREBY ORDERED AND DECREED** that Defendants' motions are **GRANTED**.  Plaintiffs' claims against these Defendants are **DISMISSED WITHOUT PREJUDICE**.

     **IT IS FURTHER ORDERED** that this matter remains open, as the Pennsylvania Department of Corrections remains a party to this action.  If the Department of Corrections has been properly served, it is ordered that it answer or otherwise respond to Plaintiffs' Complaint within fourteen (14) days of the filing date of this Order.

                                                          **BY THE COURT:**

                                                          /s/ Petrese B. Tucker
                                                          _____
                                                          **Hon. Petrese B. Tucker, C. J.**